IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' DEFINED CONTRIBUTION
PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
UNITED BROTHERHOOD OF CARPENTERS'
INTERNATIONAL TRAINING FUND and
BRIAN GENTRY (in his capacity as Trustee),

CONTRACT ADMINISTRATION FUND,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

        Plaintiffs,

v.                                                                              Case No. 11-cv-689

OLK CONSTRUCTION, INC. and MATTHEW OLK,

        Defendants.

### ORDER AND ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
### AS TO DEFENDANT MATTHEW OLK

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Matthew Olk has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant Matthew Olk violated the Labor-Management Relations Act of 1947, as amended, as well as §§ 895.466 and 943.20, Wis. Stats., and the effective collective bargaining agreement by deducting but failing to pay union dues on behalf of its employees to the Plaintiff North Central States Regional Council of Carpenters.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid working dues.

4. The court assesses the total damages to the Plaintiffs in the sum of $1,246.67.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff North Central States Regional Council of Carpenters recover from the Defendant Matthew Olk and that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendant in the amount of $1,246.67 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 12th day of Jan, 2012.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 11th day of January, 2012.

_____
U. S. District Court Judge