IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' DEFINED CONTRIBUTION
PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
UNITED BROTHERHOOD OF CARPENTERS'
INTERNATIONAL TRAINING FUND and
BRIAN GENTRY (in his capacity as Trustee),

CONTRACT ADMINISTRATION FUND,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

          Plaintiffs,
v.                                                                        Case No. 11-cv-689

OLK CONSTRUCTION, INC. and MATTHEW OLK,

          Defendants.

ORDER AND ENTRY OF JUDGMENT
AS TO DEFENDANT OLK CONSTRUCTION, INC.

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk. This action having come on hearing before the Court, the issues having been duly heard, and a decision having been duly rendered, the Court orders as follows:

1. Defendant Olk Construction, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant Olk Construction, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, attorney fees, and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $29,723.88.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs, North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters' Defined Contribution Pension Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, United Brotherhood of Carpenters' International Training Fund, Brian Gentry, Contract Administration Fund and North Central States Regional Council of Carpenters, recover from the Defendant Olk Construction, Inc. and that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendant in the amount of $29,723.88 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 12th day of Jan, 2012

_____
Clerk of Court

_____
Deputy Clerk

Dated and approved as to form this 11th day of January, 2012

BY THE COURT:

_____
U. S. District Court Judge